DAVID A. HUBBERT
Deputy Assistant Attorney General

CASSONDRA L. KOVEN
Washington DC Bar
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Cassondra.L.Koven@usdoj.gov
*Attorney for the United States of America*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:22-cv-00850-EPG |
| Plaintiff, ) | |
| ) | ORDER GRANTING JOINT REQUEST |
| v. ) | FOR EXTENSION OF TIME |
| ) | |
| RAFAEL CASTILLO, ) | (ECF No. 6) |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The United States and Rafael Castillo ("Mr. Castillo") (collectively, the "Parties") hereby request as follows:

    1.    The Parties would like to request a 60-day extension to complete each of the deadlines described in the Order Setting Mandatory Scheduling Conference. Dkt. 3.

    2.    The Parties may be able to resolve this case without the Court's involvement but require additional time to discuss a proposed resolution.

    3.    The United States seeks to reduce to judgment Mr. Castillo's tax liabilities for 2007, 2008, and 2009. The 2007 liability stems from the amount shown on Mr. Castillo's tax return plus an additional amount determined by the IRS through examination. Because Mr.

Castillo did not file tax returns for the 2008 and 2009, the IRS calculated taxes due from Mr. Castillo under 26 U.S.C. § 6020(b) based on information reported by third parties.

4. On September 13, 2022, the Parties conferred via telephone. Counsel for Mr. Castillo stated that Mr. Castillo is in the process of completing returns for 2008 and 2009, which will claim a mortgage interest deduction. Counsel indicated that Mr. Castillo may be interested in stipulating to judgment if the United States accepts his mortgage interest deductions for 2008 and 2009.

5. Once Mr. Castillo completes tax returns for 2008 and 2009, and the United States has a chance to review the submitted returns, the Parties believe that they may be able to independently resolve this case without the Court's involvement.

6. This request is not made with the purpose of delay; rather, the additional time sought will allow the Parties to evaluate their respective claims and potentially resolve this matter through stipulation.

7. Federal Rule of Civil Procedure 6(b) authorizes this Court to grant an extension of time for good cause shown.

//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, the parties respectfully request the Court approve this request and allow the Parties a 60-day extension to complete each of the deadlines described in the Order Setting Mandatory Scheduling Conference.

Dated: October 4, 2022.                     Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Cassondra L. Koven*
CASSONDRA L. KOVEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v) / 202-307-0054 (f)
Cassondra.L.Koven@usdoj.gov
*Attorney for the United States of America*

*/s/ Ryan Carrere*
RYAN CARRERE
Attorney at Law
Mopsick Carrare, LLP
3600 American River Drive, Suite 230
Sacramento, CA  95864
(916) 550-5363 (v) / (916) 550-5059 (f)
ryan@mopsicktaxlaw.com
*Attorney for Rafael Castillo*

**ORDER**

Based on the parties' stipulation (ECF No. 6), IT IS ORDERED that the parties shall have an additional sixty (60) days to complete each of the deadlines described in the Court's order setting the mandatory scheduling conference (*See* ECF No. 3). Further, the Court continues the initial scheduling conference that is currently set for November 1, 2022, at 10:00 AM to December 6, 2022, at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint scheduling report one full week prior to the conference and shall email a copy of the same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.
IT IS SO ORDERED.

Dated:   **October 5, 2022**         /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE