IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAFAEL CASTILLO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:22-cv-00850-TLN-AC <br><br> **ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT** |

This matter is before the Court on the Stipulation for Entry of Judgment against Rafael Castillo. Having considered the Stipulation, it is hereby ORDERED that the Stipulation is APPROVED and a Judgment shall be entered in accordance with the Stipulation of the parties.

Dated this 11th day of December 2023.

_____
Troy L. Nunley
United States District Judge

ORDER APPROVING STIPULATION
FOR ENTRY OF JUDGMENT

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632