IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAFAEL CASTILLO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:22-cv-00850-TLN-AC <br><br> **JUDGMENT** |

The United States and Rafael Castillo (collectively the "Parties") have jointly filed a Stipulation for Entry of Judgment. Dkt. 19. In light of the stipulation and the record herein, and for good cause shown, it is hereby ORDERED and ADJUDGED as follows:

1. Judgment is entered in favor of the United States and against Mr. Castillo.

2. Mr. Castillo is indebted to the United States for unpaid federal income taxes (Form 1040) for 2007, 2008, and 2009 in the amount of $484,675.09, as of November 28, 2023, plus statutory interest and other statutory additions as provided by law. Interest and other

statutory additions shall continue to accrue on this amount pursuant to 26 U.S.C. §§ 6601, 6621 and 6622 and 28 U.S.C. §§ 1961(c), until paid.

3. The United States and Mr. Castillo shall bear their own costs and attorney's fees incurred with respect to this litigation.

IT IS SO ORDERED.

Dated this 11th day of December 2023.

_____
Troy L. Nunley
United States District Judge

[PROPOSED] JUDGMENT                2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632